IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RICHARD L. CAUVEL, II,<br>*Plaintiff,*<br><br>v.<br><br>SCHWAN'S HOME SERVICE, INC.,<br>*Defendant.* | CASE NO. 6:10-cv-00012<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's Motion for Partial Summary Judgment, filed on January 10, 2011 (docket no. 41), and Defendant's Motion for Summary Judgment, filed on the same day (docket no. 43).

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment will be and hereby is GRANTED, and Plaintiff's Motion for Partial Summary Judgment will be and hereby is DENIED as moot. This case shall be stricken from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

Entered this _10th_ day of February, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

- 1 -